UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATALIA AKAYA KRYSTAL JOSEPH,

*Plaintiff,*

– against –

ANTHONY PETER RODRIGUEZ,

*Defendant.*

**ORDER**
25-cv-05411 (NCM) (AYS)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated June 3, 2026, from the Honorable Anne Y. Sheilds, United States Magistrate Judge. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Accordingly, plaintiff's motion for default judgment is GRANTED. Plaintiff is awarded $47,992 in damages and $10,188 in attorney's fees.

**SO ORDERED.**

    */s/ Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated:      June 29, 2026
            Brooklyn, New York